IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Parks, Martha S

Printed: 10/7/08

Case Number: 06 B 05571
Judge: Wedoff, Eugene R
Filed: 5/16/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: July 31, 2008
Confirmed: July 20, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 9,824.00 |  |
| Secured: |  | 7,482.02 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,805.00 |
| Trustee Fee: |  | 524.20 |
| Other Funds: |  | 12.78 |
| Totals: | 9,824.00 | 9,824.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Buffington & Associates | Administrative | 1,805.00 | 1,805.00 |
| 2. | Cenlar Federal Savings Bank | Secured | 0.00 | 0.00 |
| 3. | CarMax Auto Finance | Secured | 10,418.31 | 5,846.99 |
| 4. | Village of South Holland | Secured | 88.56 | 34.39 |
| 5. | Cenlar Federal Savings Bank | Secured | 12,000.00 | 1,600.64 |
| 6. | CarMax Auto Finance | Unsecured | 106.35 | 0.00 |
| 7. | Capital One | Unsecured | 52.22 | 0.00 |
| 8. | Municipal Collection Services | Unsecured | 20.00 | 0.00 |
| 9. | Autoplace Inc | Unsecured | 132.84 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 46.27 | 0.00 |
| 11. | Specialized Management Consultants | Unsecured | 26.30 | 0.00 |
| 12. | ADT Security Systems | Unsecured |  | No Claim Filed |
| 13. | Cingular Wireless | Unsecured |  | No Claim Filed |
| 14. | Ashley Stewart | Unsecured |  | No Claim Filed |
| 15. | Ebs Pediatrics | Unsecured |  | No Claim Filed |
| 16. | GC Services | Unsecured |  | No Claim Filed |
| 17. | NCO Financial Services Inc | Unsecured |  | No Claim Filed |
| 18. | MRSI | Unsecured |  | No Claim Filed |
| 19. | North Suburban Clinic | Unsecured |  | No Claim Filed |
| 20. | CB USA | Unsecured |  | No Claim Filed |
| 21. | Home Depot | Unsecured |  | No Claim Filed |
| 22. | Professional Account Management | Unsecured |  | No Claim Filed |
| 23. | Nicor Gas | Unsecured |  | No Claim Filed |
|  |  |  | $ 24,695.85 | $ 9,287.02 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Parks, Martha S

Printed: 10/7/08

Case Number: 06 B 05571
Judge: Wedoff, Eugene R
Filed: 5/16/06

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5% | 77.30 |
| 4.8% | 115.72 |
| 5.4% | 242.44 |
| 6.5% | 88.74 |
|  | _____ |
|  | $ 524.20 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

